IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JERRY CHAMBERS, JR.,                       *

          Plaintiff,          *

v.                          Case No.  5:25-cv-00148-MTT-CHW

UNIT MANAGER POPE,          *

          Defendant.       *

          *

## **J U D G M E N T**

Pursuant to this Court's Order dated 2/13/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of February, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk